UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY FUENTEZ, | ) | 1:02-CV-05948 GSA HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER APPOINTING FEDERAL |
| v. | ) | DEFENDER |
| | ) | |
| | ) | |
| FRED BROWN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On November 28, 2007, the Ninth Circuit Court of Appeals issued an order reversing and remanding this case to the district court for the purpose of further developing the record with respect to Petitioner's ineffective assistance of counsel claims. At this time, the Court finds it necessary to hold an evidentiary hearing. Pursuant to Rule 8(c) of the Rules Governing Section 2254 Cases, IT IS HEREBY ORDERED that the Federal Defender is APPOINTED to represent Petitioner. A scheduling conference will be set by separate order.

IT IS SO ORDERED.

Dated:   **December 27, 2007**               **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE