UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY FUENTEZ,<br><br>          Petitioner,<br><br>   v.<br><br>FRED BROWN, Warden,<br><br>          Respondent. | 1:02-CV-05948 GSA HC<br><br>SCHEDULING ORDER<br><br>Status Conference<br><br>Date:        February 14, 2008<br>Time:       9:00 a.m.<br>Courtroom:  Ten |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. By separate order, the Federal Defender's office has been appointed to represent Petitioner.

On November 28, 2007, the Ninth Circuit Court of Appeals issued an order reversing and remanding the case to the district court for the purpose of further developing the record with respect to Petitioner's ineffective assistance of counsel claims.

Accordingly, IT IS HEREBY ORDERED that a status conference hearing will be conducted on **Thursday, February 14, 2008, at 9:00 a.m.** before the undersigned for purposes of scheduling the evidentiary hearing and addressing any issues pertaining thereto.

   IT IS SO ORDERED.

**Dated:   January 2, 2008**            **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE