UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY FUENTEZ,<br><br>    Plaintiff,<br><br>    vs.<br><br>FRED BROWN,<br><br>    Defendant.<br>_____/ | **1:02-cv-05948-GSA**<br><br>**ORDER TO SHOW CAUSE RE NON-COMPLIANCE WITH ELECTRONIC FILING REQUIREMENT**<br>**(L.R. 5-133)** |

TO:    BARRY MORRIS, Attorney for Plaintiff:

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically. On February 20, 2008, you were given written notice that the court's records indicated that you have not been admitted to practice in the Eastern District of California, and are therefore not registered for the court's electronic filing system (CM/ECF). To date, you have failed to submit your petition for admittance, or to provide confirmation of admittance.

YOU ARE HEREBY ORDERED to submit the enclosed petition to be admitted to practice in this District, together with the required fee of $180.00, or in the alternative, TO

-1-

1  SHOW CAUSE by affidavit or certificate why sanctions should not be imposed for your failure
2  to comply with the court's Local Rules and electronic filing requirements.  Such petition,
3  affidavits or certificates are to be filed within 11 days of service of this order.
4       SO ORDERED.

7   IT IS SO ORDERED.
8      Dated:    **March 11, 2008**              /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE