UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY FUENTEZ, | 1:02-cv-05948-GSA |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| vs. | **Date:  May 2, 2008**<br>**Time: 9:30 a.m.** |
| FRED BROWN, | **Courtroom 10** |
| Defendant. | |
| _____/ | |

TO:     BARRY MORRIS, Attorney for Plaintiff:

On January 3, 2005, this court became an electronic filing district, requiring all attorneys to register for the court's electronic filing system (CM/ECF), and except where excused by the court or by Local Rule, to file all documents electronically.  On February 20, 2008, you were given written notice that the court's records indicate that you are not admitted to practice in the Eastern District of California, and are not registered for the court's electronic filing system (CM/ECF).  On March 12, 2008, this court issued an Order to Show Cause ordering you to submit your petition for admission to practice in this district or to show cause by certificate or affidavit March 24, 2008, why sanctions should not be ordered against you for your failure to comply with the rules of court.  To date, the court has received no response from

-1-

1  you, nor have you submitted your petition to become admitted to practice in this district.

2  YOU ARE HEREBY ORDERED to appear before this court on May 2, 2008, at
3  9:30 a.m., and SHOW CAUSE why sanctions should not be imposed for your failure to comply
4  with the rules of court and your failure to respond to a court order.

7  IT IS SO ORDERED.

8  Dated:   **April 14, 2008**              _____**/s/ Gary S. Austin**_____
                                             UNITED STATES MAGISTRATE JUDGE