UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY FUENTEZ, | 1:02-CV-05948 GSA HC |
| Petitioner, | |
| vs. | ORDER CONTINUING STATUS CONFERENCE |
| FRED BROWN, Warden, | |
| Respondent. | |

GOOD CAUSE HAVING BEEN PRESENTED AND GOOD CAUSE APPEARING THEREFOR, and the parties having so stipulated, the status conference in the above entitled case is hereby continued from September 3, 2008, to November 10, 2008, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   **September 5, 2008**         /s/ **Gary S. Austin**
                                                                                    UNITED STATES MAGISTRATE JUDGE