1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                           EASTERN DISTRICT OF CALIFORNIA

9

10   TOMMY FUENTEZ,                    )   1:02-CV-05948 GSA HC
                                       )
11                 Petitioner,         )
                                       )   SCHEDULING ORDER
12                                     )
          v.                           )   Status Conference
13                                     )
                                       )   Date:        March 12, 2009
14   FRED BROWN, Warden,               )   Time:        9:00 a.m.
                                       )   Courtroom:   Ten
15                 Respondent.         )
     _____)

16

17         GOOD CAUSE APPEARING THEREFOR, and the parties having so stipulated, the status

18   conference in the above entitled case is hereby continued from February 19, 2009, until March 12,

19   2009, at 9:00 a.m.

20

21         IT IS SO ORDERED.

22   **Dated:   February 18, 2009**            _____/s/ **Gary S. Austin**_____
                                               UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28