# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY FUENTEZ, | ) | 1:02-CV-05948 GSA HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| FRED BROWN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

GOOD CAUSE APPEARING THEREFOR, petitioner may take the deposition of ARTHUR HAMPAR pursuant to Fed.R.Civ.Pro. 30 and Rule 6 of the Rules Governing Section 2254 Cases in the United States District Court.

IT IS SO ORDERED.

Dated: **November 30, 2009**              **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE