# IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY FUENTEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>FRED BROWN,<br><br>　　　　Respondent. | 1:02-cv-5948 GSA (HC)<br><br>ORDER GRANTING EXTENSION OF TIME<br><br>(Document 110) |

Upon considering Respondent's request, and good cause appearing, Respondent shall have an extension of time for briefing of seven days up to and including February 12, 2010.

IT IS SO ORDERED.

Dated: **February 5, 2010**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1