

FILED
MAY 21 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY FUENTES, | CASE NO. 1:02-cv-05948-GSA HC |
| Plaintiff, | ORDER NO LONGER REQUIRING PETITIONER |
| v. | |
| FRED BROWN, Warden. | |
| Defendants. | |

Evidentiary Hearing as to Tommy Fuentes # P-30204, has concluded and can be returned to his permanent housing unit.

It is so ORDERED.

DATED: 5/21/10

GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE