# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TOMMY FUENTEZ, aka TOMMY FUENTES, | ) ) ) | 1:02-CV-05948 GSA HC |
| Petitioner, | ) ) | ORDER DIRECTING CLERK OF COURT TO FILE EXHIBITS UNDER SEAL |
| v. | ) ) ) | ORDER DIRECTING CLERK OF COURT TO FILE ELECTRONIC TRANSCRIPT OF DEPOSITION UNDER SEAL |
| FRED BROWN, Warden, | ) ) | |
| Respondent. | ) ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 4, 2010, the Court issued an Order denying the petition. Judgment was entered the same date.

Accordingly, IT IS HEREBY ORDERED:

1) The Clerk of Court is DIRECTED to file the Court's copies of Petitioner's and Respondent's Exhibits under seal; and

2) The Clerk of Court is DIRECTED to file the Court's electronic copy of the deposition of Arthur Hampar, Esq., under seal.

IT IS SO ORDERED.

Dated:    **October 7, 2010**            **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

U.S. District Court
E. D. California        cd                      1