# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY FUENTEZ, aka TOMMY FUENTES,  ) ) ) Petitioner, ) ) v. ) ) ) FRED BROWN, Warden, ) ) Respondent. ) ) | 1:02-CV-05948 GSA HC  ORDER GRANTING PETITIONER'S MOTION TO SEAL TRANSCRIPTS [Doc. #129] |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 23, 2010, Petitioner filed a motion to seal the transcripts of the evidentiary hearing held before this Court.

Accordingly, good cause having been presented and GOOD CAUSE APPEARING THEREFOR, Petitioner's motion to seal the transcripts is GRANTED. The Clerk of Court is DIRECTED to file the transcripts of the evidentiary hearing under seal.

IT IS SO ORDERED.

Dated:   October 7, 2010                    /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE